BILL LOCKYER
Attorney General of the State of California
ROBERT R. ANDERSON
Chief Assistant Attorney General
MARY JO GRAVES
Senior Assistant Attorney General
CARLOS A. MARTINEZ
Supervising Deputy Attorney General
MATHEW CHAN
Deputy Attorney General
State Bar No. 109271
  1300 I Street
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5232
  Fax: (916) 324-2960
  Email: matt.chan@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**MILTON OTIS LEWIS,**

Petitioner,

v.

**JEANNE WOODWARD, Warden,**

Respondent.

CIV-S-02-0013 FCD GGH DP

**ORDER**

<u>DEATH PENALTY CASE</u>

Courtroom:  Magistrate Judge
                   Gregory G. Hollows

IT IS HEREBY ORDERED THAT:

     1.    Respondent will file an abbreviated answer to Petitioner's Amended Petition for Writ of Habeas Corpus by September 1, 2005. The abbreviated answer will consist of a general denial that Petitioner is entitled to relief and will not address the particular merits of the claims. It will simply set forth the affirmative defenses (e.g., procedural default, lack of exhaustion and statute of limitations) that may apply to any claim for the purpose of asserting and preserving those defenses. Petitioner will not be required to file a traverse.

2. Respondent will also file by September 1, 2005, a motion for summary judgment on claims that have been addressed in the direct appeal in state court. The motion may also be made with respect to any other claim in which the parties agree that there is no dispute of material fact. Respondent will provide a list of such additional claims to Petitioner for consideration on or before July 15, 2005. Petitioner will then identify those claims he feels cannot be resolved by summary judgment and notify respondent of such claims by July 29, 2005.

3. Petitioner will have until November 1, 2005, in which to file opposition to Respondent's motion for summary judgment.

4. Respondent will have until December 1, 2005, to file a reply to the opposition to summary judgment.

5. The hearing on Respondent's motion for summary judgment will be held on January 19, 2006.

6. The parties will meet and confer between September 2, 2005 and October 1, 2005 to attempt to enter a further stipulation regarding how to proceed with the remaining claims.

DATED: 6/7/05

/s/ Gregory G. Hollows
_____
MAGISTRATE JUDGE GREGORY G. HOLLOWS

lewis013.ord06

2