IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MILTON OTIS LEWIS,

    Petitioner,   CIV-S-02-0013 FCD GGH DP

    vs.   **DEATH PENALTY CASE**

JEANNE WOODFORD, Warden,

    Respondent.   <u>ORDER</u>

_____/

       It is time again in this case for petitioner's counsel to prognosticate the future cost of winding up this habeas corpus case in district court based on facts and events which are largely unknowable, i.e., it is time to finalize the budget in this case.

       A major difficulty in budgeting capital habeas cases is the fact that the "phases" set forth in the model budgeting guidelines often contain events which overlap, or for one reason or another due to the peculiarities in a case, the events normally associated with one phase occur in another.  Another misconception in the budgeting process is that petitioner always controls the events which may incur substantial cost.  For example, a respondent may, or may not, move for summary judgment (as has happened in this case), and petitioner has no control over this event.  Responding to the summary judgment will often necessitate significant expenditure.

\\\\\

1  Nevertheless, budgeting is a requirement and petitioner's counsel will do the best
2  that they can to forecast expenditures using the software that is available to counsel, and with the
3  assistance of the Federal Defender's Office.  In this case, budgeting should encompass the
4  conclusion of Phase III and the completion of Phase IV.  In other words, petitioner's counsel
5  must attempt a budget to finish the case.
6  In so doing, petitioner's counsel should budget for evidentiary hearing for those
7  claims for which a colorable basis exists for granting a motion for evidentiary hearing.
8  Petitioner's counsel should assume that at least some claims will be lost before the undersigned,
9  but that counsel will file objections to the district judge.  A proposed budget shall be submitted
10 no later than November 22, 2005.
11 DATED: 10/31/05

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:gh:035
lewis13.bud