MCBREEN & SENIOR
David A. Senior (State Bar No. 108579)
1880 Century Park East
Suite 1450
Los Angeles, California  90067
Telephone: (310) 552-5300

Attorneys for Petitioner
MILTON OTIS LEWIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MILTON OTIS LEWIS, | ) | CASE NO. CIV-S-02-0013 FCD GGH DP |
| | ) | |
| | ) | STIPULATION FOR CONTINUANCE OF |
| Petitioner, | ) | BRIEFING AND HEARING DATES ON |
| | ) | RESPONDENT'S MOTION FOR |
| vs. | ) | SUMMARY JUDGMENT OF CLAIMS 8, |
| | ) | 25, 29, 33-68, AND 71-101; ORDER |
| | ) | |
| JEANNE WOODWARD, Warden, | ) | **DEATH PENALTY CASE** |
| | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| | ) | |

   IT IS HEREBY STIPULATED by and between the parties herein through their respective attorneys of record that the Court's Order dated June 6, 2005, be modified to provide petitioner and respondent additional time to prepare and file briefs in opposition and reply, respectively, to respondent's Motion for Summary

Judgment of Claims 8, 25, 29, 33-68, and 71-101, and that the hearing on the motion be continued, as follows:

1. Petitioner will have until December 30, 2005 to file an opposition to respondent's motion for partial summary judgment;

2. Respondent will have until January 31, 2006, to file a reply to the petitioner's opposition to partial summary judgment; and

3. The hearing on the motion for partial summary judgment will be held on February 23, 2006 at 10:00 a.m.

Good cause exists to allow these brief continuances to afford the parties adequate time to research and brief the many issues raised in respondent's 88 page motion, involving approximately 68 claims raised in the First Amended Petition for Writ of Habeas Corpus while attending to their current obligations on other pending cases.

DATED: November 1, 2005                    MCBREEN & SENIOR


                                           BY:    /s/David A. Senior
                                           DAVID A. SENIOR
                                           Attorneys for Petitioner
                                           MILTON OTIS LEWIS

| | |
|---|---|
| DATED: November 1, 2005 | ATTORNEY GENERAL OF<br>THE STATE OF CALIFORNIA |
| | BY: /s/Mathew Chan<br>MATHEW CHAN<br>Attorneys for Respondent<br>JILL BROWN, Warden |

IT IS SO ORDERED.

DATED: 11/2/05

/s/ Gregory G. Hollows

Hon. GREGORY G. HOLLOWS
Magistrate Judge, U.S. District Court

lewis13.eot

1880 Century Park East, Suite 1450
**MCBREEN & SENIOR**
Los Angeles, California 90067
Telephone: (310) 552-5300