1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MILTON OTIS LEWIS,

11          Petitioner,            CIV-S-02-0013 FCD GGH DP

12      vs.                        **DEATH PENALTY CASE**

13   JEANNE WOODFORD, Warden,

14          Respondent.            ORDER
     _____/

15

16          The undersigned is in receipt of petitioner's proposed budget for Phases III and

17   IV.  Petitioner's prior budget for Phases I and II was approved at a level of $224,842.  The budget

18   for Phases III and IV are overdue because of a number of factors.  Firstly, petitioner's counsel,

19   thoroughly enveloped in another high profile capital case (Morales), did not act expeditiously

20   enough to the court's order issued last fall 2005 requiring the submission of the order.  Then,

21   complications with use of the budgeting software arose.[1]  Thirdly, the undersigned's other

22   caseload requirements, including an evidentiary hearing in another capital case, drew his

23   attention away from this case.

24   \\\\\

25   _____

26   [1] For whatever reason, the undersigned cannot access the submitted, proposed budget
     which petitioner's counsel submitted for Phases III and IV.

                                    1

1          In truth, because of the procedural events in this case, the case is deep into Phase

2    III at this point – well ahead of the budget order.  Petitioner brought an early motion for summary

3    judgment on several claims, and respondent later moved for summary judgment on numerous

4    other claims.  Petitioner has opposed this latter motion by opposition as well as a cross-motion

5    for summary judgment on most of the claims advanced for summary judgment treatment by

6    respondent.

7          There are no outstanding vouchers for payment at this point.  Thus far, petitioner's

8    counsel has been paid (for all fees and expenses) a total of $262,931, representing payments up to

9    the last voucher submitted for work performed through November 2005.   Petitioner has

10   requested a total of $627,085.00 for Phases III and IV.

11         The undersigned finds the budget submitted for Phases III and IV to be acceptable

12   with one exception – that of prognosticated expenses for briefing on non-discovery, merits or

13   procedural issues up to the holding of an evidentiary hearing.  The requested amount for this

14   briefing in Phases III and IV totals $204,025 approximating an estimated 1300-1500 work hours.[2]

15   In other words, petitioner's counsel would be spending over 35 work days or 7 work weeks on

16   research/briefing and nothing else.  In light of the research and briefing which necessarily took

17   place in Phases I and II, the court views this amount as excessive.

18         Therefore, the court will delete the Phase IV pre-evidentiary hearing legal briefing

19   requests ($52,500), as they are clearly redundant with those of Phase III and will delete the

20   expected cost for briefing Phase III Chapter 154 issues ($8,000) because no such issues will arise.

21   Total subtractions amount to $60,500.00.  No other subtractions will be made.

22         At the district court level, the Phase III and IV budget (some of which has been

23   ──────────────

24       [2]  The categories at issue are: Phase III – Legal Research/Prepare Responsive Pleading re:
     Merits, Legal Research... Procedural Issues [none pending at this time], Legal Research Chapter
     154 Issues [none anticipated], Legal Research Motion for Evidentiary Hearing [will be taken care
25   of mostly by the rulings on the merits], Legal Research/Prepare Merits Brief and Response
     [somewhat duplicative category]; Phase IV- Legal Research/Prepare Merits Brief and Response,
26   Legal Research/Prepare Pleadings and/or Non-Discovery Motions.

1   spent already) is approved at a total of 627,085.00 minus $60,500.00 = $566,585.00.  Counsel

2   remains subject to the previous provisos of the October 17, 2002 and subsequent orders.

3         The Clerk of Court shall serve this order upon the Ninth Circuit Capital Case

4   Budgeting Committee.

5         IT IS SO ORDERED.

6   DATED: 9/27/06

                        /s/ Gregory G. Hollows

7

                  _____

8                   GREGORY G. HOLLOWS
                    UNITED STATES MAGISTRATE JUDGE

  GGH:gh:035

9   lewi0013.bud

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26