1

2

3

4

5

6

7

8       IN THE UNITED STATES DISTRICT COURT

9       FOR THE EASTERN DISTRICT OF CALIFORNIA

10    MILTON OTIS LEWIS,

11              Petitioner,              CIV-S-02-0013 FCD GGH DP

12         vs.                          **DEATH PENALTY CASE**

13    JEANNE WOODFORD, Warden,

14              Respondent.             <u>ORDER</u>
      _____/

15

16              Petitioner's counsel shall submit to the Ninth Circuit Capital Case Budget

17    Committee, with a copy to the undersigned, a declaration justifying the proposed costs for Phases

18    III and IV as soon as possible, but in no event later than October 24, 2006.

19              IT IS SO ORDERED.

20    DATED: 10/5/06                     /s/ Gregory G. Hollows
                                         _____
21                                       GREGORY G. HOLLOWS
                                         UNITED STATES MAGISTRATE JUDGE
22    GGH:gh:035
      lewi0013.costs
23

24

25

26

                                         1