IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MILTON OTIS LEWIS,** | CIV S-02-0013 FCD GGH DP |
| Petitioner, | **ORDER** |
| v. | |
| **JEANNE WOODFORD, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING,

IT IS ORDERED that Respondent's application for an enlargement of time to file a "Request for Reconsideration by the District Court of Magistrate Judge's Ruling" is granted. The time for filing the request for reconsideration is hereby extended to twenty (20) days from the date of service of the Order and Findings and Recommendations, up to and including February 12, 2007.

Dated: 2/6/07

/s/ Gregory G. Hollows

_____
The Honorable Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

lewi0013.po

[Proposed] Order

1