IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON OTIS LEWIS, | |
|     Petitioner, | CIV-S-02-0013 FCD GGH DP |
|     vs. | **DEATH PENALTY CASE** |
| JEANNE WOODFORD, Warden, | <u>ORDER</u> |
|     Respondent. | |

The parties are informed that objections to the Findings and Recommendations filed on January 23, 2007, or requests for reconsideration on same, will not by their filing act as a stay on the provisions of the court's order.  Motions to stay the order, if the parties deem such advisable, must be filed.

DATED:  2/7/07                         /s/ Gregory G. Hollows

                                                     UNITED STATES MAGISTRATE JUDGE

GGH:035
lewi0013.ord

1