MCBREEN & SENIOR
David A. Senior (State Bar No. 108579)
Benjamin D. Weston (State Bar No. 240641)
1880 Century Park East
Suite 1450
Los Angeles, California 90067
Telephone: (310) 552-5300

Attorneys for Petitioner
MILTON OTIS LEWIS

MATHEW CHAN (State Bar No. 109271)
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, California 94244-2550
Telephone: (916) 324-5232

Attorneys for Respondent
ROBERT AYERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON OTIS LEWIS,<br><br>         Petitioner,<br>vs.<br><br>ROBERT AYERS, Warden,<br><br>         Respondent. | CASE NO. CIV-S-02-0013 FCD GGH DP<br><br>STIPULATION FOR CONTINUANCE OF BRIEFING AND HEARING DATES ORDER<br><br>**DEATH PENALTY CASE** |

WHEREAS the Court filed its 100 page Order and Findings & Recommendations (hereinafter "Findings" and/or "Order") on January 23, 2007 with respect to the parties' cross-motions for summary judgment that were argued on April 27, 2006;

WHEREAS the parties have twenty days, or until February 12, 2007, to review the Findings and prepare and file any Objections to the Findings;

WHEREAS the respondent has until February 12, 2007 to review the Order and seek further relief by a Request for Reconsideration by the District Court of Magistrate Judge's Rulings.

WHEREAS the parties have ten days, or until February 22, 2007, to review the Objections and prepare and file any reply thereto;

IT IS HEREBY STIPULATED by and between the parties herein through their respective attorneys of record that all Objections to the Findings and/or Requests for Consideration by the District Court of Magistrate Judge's Rulings be filed by March 12, 2007, and that any replies to the Objections be filed by April 12, 2007. The opposition and reply, if any, to any challenge to the Order will be filed in accordance with the briefing schedule requirements set forth in the Court's Local Rules;

Good cause exists for this stipulation and request for continuance because of the length of the Court's Findings, the time required for the parties' legal analysis of same, and the time required to prepare and file the parties' Objections, if any. Good cause also exists to continue the time required for respondent to challenge the Court's Order to allow the parties to attempt to resolve or narrow some or all of the issues to be

raised before Respondent is required to prepare such a motion, and petitioner is required to respond to same;

IT IS FURTHER HEREBY STIPULATED by and between the parties that the evidentiary hearing ordered to be scheduled in June 2007, be continued for 90 days until September 24, 2007; that the parties shall agree on those claims for which discovery shall be permitted by March 26, 2007, and that in the event that petitioner and respondent cannot agree on discovery, said disagreements shall be the subject of a court hearing on April 12, 2007, wherein the parties shall file a joint statement of disputed discovery and issues pertinent thereto by April 7, 2007; that experts will be disclosed by petitioner on May 30, 2007, and by respondent on July 1, 2007, and each disclosures will be accompanied by the information required by Fed. R. Civ. P. 26(a)(2); that all discovery shall close, including expert discovery, by August 31, 2007, with all discovery motions filed prior to that date and noticed as near as possible to that date; and that Respondent may file a motion by July 15, 2007 if respondent believes that a claim or claims scheduled for evidentiary hearing would be precluded by 28 U.S.C. § 2254, with a hearing date of August 23, 2007.

GOOD CAUSE exists for this stipulation and continuance of hearing dates because before the issuance of this Court's January 23, 2007 Order, lead counsel for petitioner was counsel for defendants in the following matters and was obligated to prepare the matters for trial and serve as trial counsel:

1. *Benson v. International Star Registry of Illinois, Ltd.*, No. SACV05-1147 JVS (C.D. Cal. filed Oct. 19, 2005) - Trial date: June 5, 2007;

2. *Welsh v. Lowe's Home Improvement Warehouse of La Quinta*, No. EDCV 06-727 VAP (C.D. Cal. filed July 11, 2006) - Trial date: June 5, 2007; and

3. *Carson v. Fox Entertainment Group, Inc.*, No. BC349962 (Cal. Super. Ct. filed June 2, 2006) - Trial date: July 23, 2007.

The *Benson* matter is a class action lawsuit for deceptive trade practices; the *Welsh* matter is a $2 million products liability action resulting from a fire and damage to real property in Indio, California; and the *Carson* matter has 12 causes of action for commercial claims for damages. Between now and July 23, 2007, counsel for petitioner is required to complete discovery in all of these matters, including all expert discovery, as well as prepare and argue pre-trial motions, prepare the case for trial, and if necessary act as trial counsel. In addition, counsel for petitioner is lead counsel for Malaysia Airlines in response to a U.S. Department of Justice criminal anti-trust fuel surcharge investigation pending in the District Court of Washington, D.C., which to date, has require counsel to oversee the production of over 40,000 pages of documents. Further compliance with the DOJ's grand jury subpoena, including the production of several thousand more pages of documents is required over the next four months. Petitioner's counsel's obligations in these cases, which were calendared before this Court's January 23, 2007 makes it impossible to properly represent petitioner's interests with respect to the numerous matters which flow from the Court's Findings and Order.

For these reasons, the parties respectfully request that this stipulation modifying the dates set forth in, or resulting from, the Court's January 23, 2007 order be approved by the Court.

| | |
|---|---|
| DATED: February 7, 2007 | MCBREEN & SENIOR |
| | BY: /s/David A. Senior |
| | DAVID A. SENIOR |
| | BENJAMIN D. WESTON |
| | Attorneys for Petitioner |
| | MILTON OTIS LEWIS |
| DATED: February 7, 2007 | ATTORNEY GENERAL OF THE STATE OF CALIFORNIA |
| | BY: /s/Mathew Chan |
| | MATHEW CHAN |
| | Attorneys for Respondent |
| | ROBERT AYERS, Warden |

IT IS SO ORDERED.

DATED: February 9, 2007

GREGORY G. HOLLOWS
Hon. GREGORY G. HOLLOWS
Magistrate Judge, U.S. District Court