IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MILTON OTIS LEWIS,

    Petitioner,   CIV-S-02-0013 FCD GGH DP

    vs.   **DEATH PENALTY CASE**

JEANNE WOODFORD, Warden,   ORDER

    Respondent.
_____/

    Two budget items will be addressed in this order: (1) approval of the January 24, 2007 voucher, and (2) further amendment of the budget order to permit investigative assistance during Phase IV of this case.

    The undersigned's Amended Budget order filed October 27, 2006 was just recently approved by the Ninth Circuit Capital Case Budget Committee. Within that order, reference was made to the fact that certain Phase III legal briefing expenses had probably (but not for sure) been already billed and expended (except for Objections to Findings and Recommendations), but that a certain amount "most probably preparation for, and attendance at, the [motion for summary judgment] hearing" had yet to be billed. The Amended Budget order had also cut the hearing and preparation expense request of counsel for that summary judgment hearing from a total requested of $11, 400.00 to $5,700.00. However, the Amended Budget

order cautioned in footnote 4 that the $5,700.00 figure might be expanded upon close review of the voucher.

It turned out that not all briefing for the summary judgment motion had been included in the previously billed amount. A review of the voucher submitted shows that $1,290.00 has been billed for the Reply brief. The undersigned has also totaled the preparation for, travel to, and attendance at the summary judgment hearing – a billing that was expected in the current voucher. That amount totals $6,974.00, a little over $1000.00 from the budgeted $5,700.00. If all of counsel's requested expenditures associated with the summary judgment hearing on the present voucher were to be approved, that amount would be $8,264.00.

Given that the undersigned believed that the $5700.00 figure approved might have to be expanded, and given the relatively small amount of unanticipated briefing expense, the undersigned expands the approved budget in this category by $2,564.00 for a total of $8,264.00.

The remainder of the voucher items appear to be within budget prognostications at this time and will be approved.

The second item of discussion involves petitioner's counsel December 4, 2006 request for reconsideration regarding the unnamed investigator request. At the time of the hearing on the budget, the undersigned was under the impression that this expense was related to the investigator/expert on forensic crime scene issues for which the undersigned had found no present merit. The request for reconsideration provides that in reality, the investigator requested was a general purpose investigator who would be needed to assist counsel on penalty phase/evidentiary hearing issues, and possibly some guilt phase ineffective assistance issues. Counsel requested that the entire $29,500.00 attributed to the expense for this investigator be reinstated.[1]

\\\\\

---

[1] The substance of this request for reconsideration was informally submitted to the Capital Case Committee prior to the approval of the Amended Budget order.

Although the undersigned agrees that some investigator work is necessary, and can be more efficiently performed than if counsel performs this work, the undersigned does not agree that $29,500.00 is an appropriate figure. Much basic investigation (especially for the penalty phase) has been expended already. This case is approaching evidentiary hearing. The "find the evidence" phase of the investigation should be over at this point, or nearly completed. While some of this investigation might have to be refreshed, and certain logistical tasks are inherently required for an effective evidentiary hearing, e.g., serving subpoenas, otherwise arranging for witness appearances, these tasks should not total approximately $30,000.00. The undersigned will amend the Amended Budget order further to permit an additional $10,000.00 in investigator expenses.

Accordingly, IT IS ORDERED:

1. Petitioner's Counsels' January 24, 2007 voucher is approved;

2. The Amended Budget order of October 27, 2006 is further amended to permit an additional Phase III "briefing" and "hearing" expense of $2,564.00, and an investigator expense of $10,000.00.

The Clerk shall serve this order on the Ninth Circuit Capital Case Committee as well as the parties.

Dated: 3/9/07

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:gh
lewi0013.ambudg