IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MILTON OTIS LEWIS,

    Petitioner,                   CIV-S-02-0013 FCD GGH DP

    vs.                            **DEATH PENALTY CASE**

JEANNE WOODFORD, Warden,      <u>ORDER</u>

    Respondent.

_____/

        On March 30, 2007, respondent's motion for reconsideration regarding the issues set for evidentiary hearing was granted. Accordingly, petitioner shall file a motion for evidentiary hearing no later than 30 days from the filed date of this order. The motion shall be noticed in accordance with the local rules of this court. Because the court will not permit the stipulated date for evidentiary hearing to be vacated, no extensions of time will be granted but for extraordinary cause. Neither the moving papers briefing, nor opposition, shall exceed 50 pages; any reply brief shall not exceed 25 pages.

Dated: 4/4/07

                                             /s/ Gregory G. Hollows

                                             UNITED STATES MAGISTRATE JUDGE

GGH:gh
lewi0013.ord2