IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON OTIS LEWIS, | |
|     Petitioner, | CIV-S-02-0013 FCD GGH DP |
|     vs. | **DEATH PENALTY CASE** |
| JEANNE WOODFORD, Warden, | <u>ORDER</u> |
|     Respondent. / | |

    Pursuant to the stipulation and order filed February 9, 2007, in the event that petitioner and respondent were not able to agree on discovery, a hearing was scheduled for April 12, 2007. The parties were to file a joint statement of disputed discovery by April 7, 2007. No joint statement has been filed; therefore, the hearing on April 12, 2007, is vacated. If respondent desires to change dates in this case, respondent shall first meet and confer with petitioner's counsel. In the event no agreement can be reached, the parties shall contact the courtroom clerk, Valerie Callen, to establish a date for status conference forthwith.

DATED: 4/6/07                                                 /s/ Gregory G. Hollows

                                                                      UNITED STATES MAGISTRATE JUDGE

GGH:035
lewi0013.vac