EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
MICHAEL P. FARRELL
Senior Assistant Attorney General
STEPHEN G. HERNDON
Supervising Deputy Attorney General
ERIC L. CHRISTOFFERSEN
Deputy Attorney General
State Bar No. 186094
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 324-5264
Fax: (916) 324-2960
Email: Eric.Christoffersen@doj.ca.gov
Attorneys for Respondent

MCBREEN & SENIOR
David A. Senior (State Bar No. 108579)
Benjamin D. Weston (State Bar No. 240641)
1880 Century Park East, Suite 1450
Los Angeles, CA 90067
Telephone: (310) 552-5300
Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MILTON OTIS LEWIS,**<br>Petitioner,<br>**v.**<br>**JEANNE WOODFORD, Warden,**<br>Respondent. | CIV S-02-0013 FCD GGH DP<br>**DEATH PENALTY CASE** |

**STIPULATION FOR CONTINUANCE OF JUNE 7, 2007 HEARING TO JUNE 14, 2007**
**ORDER**

IT IS HEREBY STIPULATED by and between the parties through their respective attorneys of record that the hearing on petitioner's Motion for Evidentiary Hearing scheduled for June 7, 2007 be continued to June 14, 2007 at 10:00 a.m.

Good cause exists for this stipulation because petitioner's motion seeks an evidentiary hearing on 25 claims in the amended petition. Respondent's counsel are new to the case and, while they have been working diligently on the opposition since petitioner's motion was filed, are unlikely to be able to file by the current due date of May 21, 2007. The 25 claims for which petitioner seeks an evidentiary hearing cover approximately 170 pages in the amended petition and many contain specific subclaims. Moreover, Jeanne Wolfe, lead counsel for respondent, severely injured her ankle

\\\\\

\\\\\

\\\\\

\\\\\

\\\\\

\\\\\

\\\\\

\\\\\

\\\\\

\\\\\

\\\\\

\\\\\

\\\\\

\\\\\

\\\\\

\\\\\

\\\\\

over the weekend and has had to miss at least one day of work recuperating with the possibility of more absences if she cannot walk on it.

Dated: May 17, 2007

ATTORNEY GENERAL OF
THE STATE OF CALIFORNIA

BY: /S/ Eric L. Christoffersen
ERIC L. CHRISTOFFERSEN
Deputy Attorney General

Attorneys for Respondent

Dated: May 17, 2007

MCBREEN & SENIOR

BY: /S/ David A. Senior
DAVID A. SENIOR
BENJAMIN D. WESTON
Attorneys for Petitioner
MILTON OTIS LEWIS

IT IS SO ORDERED.

DATED: 5/17/07

/s/ Gregory G. Hollows
______________________________
Hon. GREGORY G. HOLLOWS
Magistrate Judge, U.S. District Court

lewi0013.ord3