MCBREEN & SENIOR
David A. Senior (State Bar No. 108579)
1880 Century Park East
Suite 1450
Los Angeles, California  90067
Telephone: (310) 552-5300

Attorneys for Petitioner
MILTON OTIS LEWIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON OTIS LEWIS, | ) CASE NO. CIV-S-02-0013 FCD GGH DP |
| | ) |
| | ) STIPULATION FOR CONTINUANCE OF |
| Petitioner, | ) SUBMISSION OF EXPERT |
| vs. | ) DECLARATIONS PURSUANT TO THE |
| | ) COURT'S JUNE 14, 2007 ORDER; ORDER |
| | ) |
| JEANNE WOODWARD, Warden, | ) **DEATH PENALTY CASE** |
| | ) |
| Respondent. | ) |
| | ) |

WHEREAS the Court's order dated June 14, 2007, reasonably will require: (1) counsel for petitioner to meet and consult with various mental health professionals; (2) the scheduling and administration of indicated examination(s) of petitioner at San Quentin State Prison to enable the mental heath professionals to address the full scope of the inquiry ordered by the Court; (3) the review of voluminous social history documents and other clinical data by the mental health professionals; and (4) the preparation of

formal evaluation(s) to include the rendering of opinions necessary to provide the chronology outlined by the Court; and

WHEREAS counsel's prompt inquiries into the matter have informed counsel that it will not be possible to conduct an examination of petitioner in the testing facilities at San Quentin State Prison until the week of July 10-13, 2007, at the earliest; and

WHEREAS petitioner's counsel have made initial inquiries into the foregoing and have been informed that professional commitments scheduled prior to the issuance of the Court's June 14, 2007 order will preclude the availability of the required expert services necessary to complete the foregoing-described tasks in the time allotted by the Court's order; and

WHEREAS these previously scheduled professional commitments are in many instances outside the State of California, further hindering counsel's ability to coordinate and complete the tasks in the time required by the Court's order; and include obligations to perform mental health evaluations in other capital cases as well as to provide expert testimony in other competency proceedings; and

WHEREAS co-counsel for petitioner, whose mental health expertise will be reasonably necessary to the effective and meaningful consultation with petitioner's mental health professional expert witnesses, will not be available to work on petitioner's

case during the last week in June and second week in July due to his previous

commitments to address an International Congress on Mental Health and the Law in

Padua, Italy, and a national death penalty seminar in Washington, D.C.; and

     WHEREAS petitioner's counsel has reserved the testing facility at San Quentin State Prison for clinical testing commencing on July 19 and 20, 2007 when the facilities and mental health professionals are first available; and

WHEREAS the foregoing demonstrates GOOD CAUSE for the same,

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

IT IS HEREBY STIPULATED by and between the parties through their respective attorneys of record that petitioner be provided an extension of time to file expert declarations required by this Court's order dated June 14, 2007 through and including August 9, 2007.

DATED: June 20, 2007                MCBREEN & SENIOR

                                    BY:    /s/David A. Senior
                                        DAVID A. SENIOR
                                        Attorneys for Petitioner
                                        MILTON OTIS LEWIS

DATED: June 20, 2007                ATTORNEY GENERAL OF
                                    THE STATE OF CALIFORNIA


                                    BY:    /s/ Jeanne Wolfe
                                        JEANNE WOLFE
                                        Attorneys for Respondent
                                        ROBERT AYERS, Warden

IT IS SO ORDERED.


DATED: 6/26/07                      /s/ Gregory G. Hollows

                                    Hon. GREGORY G. HOLLOWS
                                    Magistrate Judge, U.S. District Court
lewi0013.exp