MCBREEN & SENIOR
David A. Senior (State Bar No. 108579)
Benjamin D. Weston (State Bar No. 240641)
1880 Century Park East
Suite 1450
Los Angeles, California 90067
Telephone: (310) 552-5300
Facsimile: (310) 552-1205

Attorneys for Petitioner
MILTON OTIS LEWIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON OTIS LEWIS, <br><br> Petitioner, <br><br> vs. <br><br> JEANNE WOODFORD, Warden, <br><br> Respondent. | CIV-S-02-0013 FCD GGH DP <br><br> **ORDER GRANTING PETITIONER LEAVE TO FILE BRIEF IN RESPONSE TO RESPONDENT'S SUPPLEMENTAL BRIEF** <br><br> <u>DEATH PENALTY CASE</u> |

On July 16, 2007, petitioner Milton Otis Lewis filed his Request for Leave to File Brief in Response to Respondent's Supplemental Brief.

Having considered the Request, and GOOD CAUSE APPEARING

1  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT

2  petitioner is granted leave to file a brief in response to Respondent's Supplemental Brief

3  no later than July 30, 2007.

4

5

6  IT IS SO ORDERED.

7

8

9  DATED: 7/25/07                                    /s/ Gregory G. Hollows

10                                                  _____
                                                    HON. GREGORY G. HOLLOWS
11                                                  U.S. MAGISTRATE JUDGE

12  lewi0013.eot

_____
Petitioner's Reply Brief re
Evidentiary Hearing Motion