IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MILTON OTIS LEWIS,

        Petitioner,           CIV-S-02-0013 FCD GGH DP

        vs.                    **DEATH PENALTY CASE**

JEANNE WOODFORD, Warden,    <u>ORDER</u>

        Respondent.

_____/

        The court has approved the most recent attorneys' fees and expenses voucher in the above referenced case.

        Henceforth, every voucher submitted for payment shall contain a statement regarding whether the fees and expenses are within the budget limitations set by order and if not, why not. The statement shall also include any prognosticated budget overruns and the reasons therefore.

        The court also notes that Lexis charges are made individual to this case. The court requests a letter of clarification whether counsel has an omnibus Lexis account, i.e., an account for which a general charge is made regardless of the amount of time spent in actual

\\\\\

\\\\\

1

1. research, or whether each and every research event in counsel's office receives a separate Lexis
2. billing for which payment is made.
3. Dated: 8/1/07

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:gh
lewi0013.sta