IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MILTON OTIS LEWIS,

    Petitioner,

vs.

JEANNE WOODFORD, Warden

    Respondent.

No. CIV S-02-0013 FCD GGH DP

**DEATH PENALTY CASE**

ORDER

    In supplying after-hearing declarations for use in petitioner's motion for evidentiary hearing, petitioner's counsel filed a declaration of Dr. Pablo Stewart opining, in part, that petitioner was presently incompetent. In Rohan ex rel Gates v. Woodford, 334 F.3d 803 (9th Cir. 2003) the Ninth Circuit held that a capital case petitioner has a statutory right to competency during his habeas proceeding, and the court should not proceed with a capital habeas action if he were incompetent.

    It is unclear why Dr. Stewart was asked to provide an opinion of current competency. It is further unclear what petitioner would like to do now that the opinion has been filed. However, one thing is clear at the moment – the court is unwilling to proceed with this uncertain issue not resolved. The court does not want the issue of present competency to infect what rulings on the merits may later be made.

Therefore, petitioner's counsel shall no later than December 12, 2008, either file a motion to stay these proceedings, or file a statement relating that petitioner does not wish to challenge his competency to proceed with this habeas action. If petitioner's counsel files a motion, they shall relate what claims should not be adjudicated because of incompetency, i.e., for what claims petitioner's participation is deemed important or necessary. If a statement is filed, counsel shall explain why they are disavowing the opinion of their expert.

IT IS SO ORDERED.

Dated: 11/24/08                                     /s/ Gregory G. Hollows
                                                    _____
                                                    UNITED STATES MAGISTRATE JUDGE

GGH:gh
lewis0013.ord