MCBREEN & SENIOR
David A. Senior (State Bar No. 108579)
2029 Century Park East
Third Floor
Los Angeles, California  90067
Telephone: (310) 552-5300

Attorneys for Petitioner
MILTON OTIS LEWIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON OTIS LEWIS, | CASE NO. CIV-S-02-0013 FCD GGH DP |
| Petitioner, | STIPULATION FOR CONTINUANCE OF COURT ORDERED BRIEFING DATE; ORDER |
| vs. | **DEATH PENALTY CASE** |
| JEANNE WOODWARD, Warden, | |
| Respondent. | |

IT IS HEREBY STIPULATED by and between the parties herein through their respective attorneys of record that the Court's Order dated November 24, 2008 be modified to allow petitioner to have a brief continuance until January 30,

STIPULATION FOR CONTINUANCE OF COURT
ORDERED BRIEFING DATE; [PROPOSED] ORDER

2009 to either file a motion to stay these proceedings, or file a statement relating that petitioner does not wish to challenge his competency to proceed with this habeas action.

GOOD CAUSE exists for this stipulation because:

1) it will allow petitioner to obtain and review the Reporter's Transcript of the June 14, 2007 hearing before this Court wherein the parties and the Court discussed various competency issues raised in this case. The Reporter's Transcript was ordered by petitioner (after confirming that respondent's counsel was not in possession of a copy of same) on December 1, 2008 on an expedited, one-day delivery basis. Petitioner was thereafter advised by the Clerk who oversees the production of Reporter's Transcripts from audio transcriptions that the box containing the audio disks had to be retrieved from storage causing a delay in petitioner's receipt of the transcript. On December 8, 2008, petitioner's counsel was advised that a copy of the Reporter's Transcript would be delivered to counsel before the close of business on December 10. As of December 11 at 3:00 p.m., counsel still had not received a copy of the Reporter's Transcript;

2) it will allow petitioner's counsel to schedule and meet with petitioner regarding the foregoing order, a process which cannot be conducted on immediate or short notice;

STIPULATION FOR CONTINUANCE OF COURT
ORDERED BRIEFING DATE; [PROPOSED] ORDER

3) it will allow petitioner's counsel to schedule and meet with the experts who have been retained to assess the issues raised by the Court's order, a process which cannot be conducted on immediate or short notice;

4) it will allow the scheduling and possible administration of an examination(s) of petitioner at San Quentin State Prison to enable the mental heath professionals to address the options presented by the Court's order, a process which cannot be conducted on immediate or short notice; and

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

STIPULATION FOR CONTINUANCE OF COURT
ORDERED BRIEFING DATE; [PROPOSED] ORDER

3

5) it will allow petitioner adequate time to properly research and brief the matter set forth in the Court's order.

DATED: December  12 , 2008     MCBREEN & SENIOR

BY:    /s/David A. Senior
DAVID A. SENIOR
Attorneys for Petitioner
MILTON OTIS LEWIS

DATED: December  12 , 2008     ATTORNEY GENERAL OF
THE STATE OF CALIFORNIA

BY:    /s/ Barton Bowers
BARTON BOWERS
Deputy Attorney General
Attorneys for Respondent
The Warden of San Quentin State Prison

IT IS SO ORDERED.

DATED: December 15, 2008          /s/ Gregory G. Hollows

Magistrate Judge, U.S. District Court

lewi0013.eot

STIPULATION FOR CONTINUANCE OF COURT
ORDERED BRIEFING DATE; [PROPOSED] ORDER

4