MCBREEN & SENIOR
David A. Senior (State Bar No. 108579)
Gary D. Sowards (State Bar No. 69426)
2029 Century Park East
Third Floor
Los Angeles, California 90067
Telephone: (310) 552-5300

Attorneys for Petitioner
MILTON OTIS LEWIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON OTIS LEWIS, | CASE NO.  CIV-S-02-0013 FCD GGH DP |
| Petitioner, | STIPULATION AND ORDER REGARDING HEARING DATE |
| vs. | |
| ROBERT AYERS, Warden, | Hearing date: October 21, 2009 9:00 a.m. |
| Respondent. | DEATH PENALTY CASE |

Pursuant to the Court's order filed on July 29, 2009, the parties have met and conferred about the precise scheduling of an evidentiary hearing in October 2009, and also consulted with the courtroom deputy clerk regarding the Court's available calendar, and hereby stipulate and agree that:

Counsel and their expert witnesses are available to commence an evidentiary hearing as outlined in the Court's July 29, 2009 order on October 21, 2009 at 9:00 a.m., and should the hearing not be completed on that day, are available to resume on October 23, 2009 at 9:00 a.m.  In order to facilitate the schedule of respondent's expert, Dr. Roderick Ponath, the parties further agree that this witness will be called first on October 21, 2009.

DATED: September 2, 2009                    MCBREEN & SENIOR

    /s/ David A. Senior
DAVID A. SENIOR
GARY D. SOWARDS
Attorneys for Petitioner
MILTON OTIS LEWIS

DATED: September 2, 2009

    /s/ Barton Bowers
(as authorized on September 2, 2009)
BARTON BOWERS
Deputy Attorney General

EDMUND G. BROWN JR.
Attorney General of California
MICHAEL A. CANZONERI
Supervising Deputy Attorney General
Attorneys for Respondent

## [PROPOSED] ORDER

Pursuant to the foregoing stipulation, IT IS SO ORDERED.

DATED: September 3, 2009.

/s/ Gregory G. Hollows
_____
Hon. Gregory G. Hollows
U.S. Magistrate Judge

Lewi0013.evi

**MCBREEN & SENIOR**
2029 Century Park East, Third Floor
Los Angeles, California 90067
Telephone: (310) 552-5300