MCBREEN & SENIOR
David A. Senior (State Bar No. 108579)
Gary D. Sowards (State Bar No. 69426)
2029 Century Park East
Third Floor
Los Angeles, California 90067
Telephone: (310) 552-5300

Attorneys for Petitioner
MILTON OTIS LEWIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON OTIS LEWIS,<br><br>　　　　　　　　Petitioner,<br><br>　vs.<br><br>ROBERT AYERS, Warden,<br><br>　　　　　　　　Respondent. | CASE NO.  CIV-S-02-0013 FCD GGH DP<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE BRIEFS FOLLOWING COMPETENCY HEARING<br><br>Hearing date:<br>October 21, 2009 9:00 a.m.<br><br><u>DEATH PENALTY CASE</u> |

At the conclusion of the competency hearing in the captioned matter on October 21, 2009, the Court requested that further briefing be submitted within thirty days. The parties have met and conferred, and hereby stipulate and agree that:

The preparation of the reporter's transcript for the hearing was not completed until November 10, 2009. Furthermore, the parties currently do not

have physical copies of the transcript.  The parties jointly request further opportunity to obtain respective copies of the transcript in order to brief the issue pending.  Accordingly, the parties agree and stipulate to extend the time for briefing by sixty days.  The parties shall file briefs on or before January 20, 2010.

DATED: November 19, 2009                MCBREEN & SENIOR

   /s/ David A. Senior
DAVID A. SENIOR
GARY D. SOWARDS
Attorneys for Petitioner
MILTON OTIS LEWIS

DATED: November 19, 2009

   /s/ Barton Bowers
(as authorized on November 19, 2009)
BARTON BOWERS
Deputy Attorney General

EDMUND G. BROWN JR.
Attorney General of California
MICHAEL A. CANZONERI
Supervising Deputy Attorney General
Attorneys for Respondent

**MCBREEN & SENIOR**
2029 Century Park East, Third Floor
Los Angeles, California 90067
Telephone: (310) 552-5300

ORDER

GOOD CAUSE appearing,   IT IS SO ORDERED.

DATED: November 23, 2009.


                                        /s/ Gregory G. Hollows

                                        _____
                                        Hon. Gregory G. Hollows
                                        U.S. Magistrate Judge

Lewi0013.eot

**MCBREEN & SENIOR**
2029 Century Park East, Third Floor
Los Angeles, California 90067
Telephone: (310) 552-5300