IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MILTON OTIS LEWIS,

    Petitioner,

vs.

ROBERT AYERS, Warden

    Respondent.

No. CIV S-02-0013 FCD GGH DP

**DEATH PENALTY CASE**

ORDER

Within 14 days of the filed date of this order, the parties shall file concurrent briefs informing the court of their position with respect to:

(a) the jurisdiction of the Court of Appeal to review a *denial* of a motion to stay proceedings;

(b) if an interlocutory appeal is appropriate, to what extent the district court is deprived of jurisdiction to continue on with the merits of the action preceding trial (evidentiary hearing) and the evidentiary hearing itself, considering that the issue on appeal (present competency to proceed) is unrelated to the merits of the habeas petition itself.

Dated: 10/05/10

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:gh - lewis0013.ord

1