IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MILTON OTIS LEWIS,

    Petitioner,     No. CIV S-02-0013 FCD GGH DP

    vs.     **DEATH PENALTY CASE**

ROBERT AYERS, Warden

    Respondent.     <u>ORDER</u>

_____/

        Petitioner and respondent shall meet and confer concerning the precise date in July 2011 for the evidentiary hearing, and shall communicate such with the courtroom clerk of the undersigned. The parties shall also agree to a discovery cutoff date on or about May 30, 2011, and a pre-hearing conference date in mid-June 2011. The parties' agreement shall be communicated to the court no later than November 22, 2010. A final scheduling order will then be issued.

        The directives in the above paragraph are to be performed regardless of whether one party or the other, or both, seek reconsideration of the order setting the evidentiary hearing.

\\\\\

\\\\\

\\\\\

1

1 | Discovery is approved to be taken on any issue upon which an evidentiary hearing
2 | has been granted. A party seeking to limit discovery on approved topics shall make an
3 | appropriate motion.
4 | Dated: 11/12/2010

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:gh - lewis0013.sch