IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MILTON OTIS LEWIS,**<br><br>Petitioner,<br><br>v.<br><br>**MICHAEL MARTEL, Warden,**<br><br>Respondent. | 2:02-cv-0013 KJM GGH DP<br><br>**ORDER**<br><br><u>DEATH PENALTY CASE</u> |

Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent shall have twenty (20) days from the filing of this order within which to file a pleading to brief the effects of *Walker v. Martin*, __ U.S. __, 131 S. Ct. 1120 (2011) on the claims in the First Amended Petition;

2. Petitioner shall have twenty (20) days from the filing of Respondent's pleading within which to file his own pleading; and

3. Respondent shall have ten (10) days from the filing of Petitioner's pleading within which to file a reply.

DATED: May 25, 2011                                /s/ Gregory G. Hollows
                                                   _____
                                                   Hon. Gregory G. Hollows
                                                   United States Magistrate Judge

Lewi0013.ord

[Proposed] Order (CIV S-02-0013 KJM GGH DP)