MCBREEN & SENIOR
David A. Senior (State Bar No. 108579)
Gary D. Sowards (State Bar No. 69426)
Ann K. Tria (State Bar No. 259138)
2029 Century Park East
Third Floor
Los Angeles, California 90067
Telephone: (310) 552-5300

Attorneys for Petitioner
MILTON OTIS LEWIS, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON OTIS LEWIS,<br><br>Petitioner,<br><br>vs.<br><br>ROBERT AYERS, Warden,<br><br>Respondent.<br>_____ | CASE NO.  CIV-S-02-0013 KJM GGH DP<br><br>STIPULATION AND ORDER REGARDING WALKER V. MARTIN BRIEFING<br><br><br>DEATH PENALTY CASE |

On May 26, 2011, this Court ordered briefing on the effects of *Walker v. Martin*, __ U.S. __, 131 S. Ct 1120 (2011) on the claims in the First Amended Petition. ECF No. 173. Respondent filed briefing on the subject on June 14, 2011. ECF No. 176. Petitioner seeks a one week extension to submit his brief in opposition because numerous substantial briefing due dates in this case all fall next week, and Ann K. Tria, who is associated with counsel for

STIPULATION AND [PROPOSED] ORDER REGARDING WALKER V. MARTIN BRIEFING

petitioner and is assisting on this matter, is getting married on July 2, 2011 and will be unavailable to assist in the preparation of the briefs in the days surrounding her wedding.  The parties hereby agree and stipulate to extend the briefing schedule as follows:

 Petitioner's brief will be due on July 12, 2011.

 Respondent's reply brief will be due on July 22, 2011.

DATED: June 30, 2011      MCBREEN & SENIOR

               /s/ David A. Senior
              DAVID A. SENIOR
              GARY D. SOWARDS
              Attorneys for Petitioner
              MILTON OTIS LEWIS

DATED: June 30, 2011

               /s/ Barton Bowers
              (as authorized on June 30, 2011)
              BARTON BOWERS
              Deputy Attorney General

              KAMALA D. HARRIS
              Attorney General of California
              WARD A. CAMPBELL
              Supervising Deputy Attorney General

## ORDER

Pursuant to the foregoing stipulation,   IT IS SO ORDERED.  The court extends its best wishes to Ms. Tria on her marriage.

DATED: July 1, 2011.       /s/ Gregory G. Hollows
              _____
              Hon. Gregory G. Hollows
              U.S. MAGISTRATE JUDGE

MCBREEN & SENIOR
2029 Century Park East, Third Floor
Los Angeles, California 90067
Telephone: (310) 552-5300