1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MILTON OTIS LEWIS,                    Case No.  2:02-cv-00013-TLN-JDP (DP)

12              Petitioner,                **ORDER**

13        v.                               DIRECTING BOTH PARTIES TO SUBMIT A
                                           NOTICE STATING THEIR INTEREST IN
14   RON DAVIS, *et al.*,                  PARTICIPATING IN A SETTLEMENT
                                           CONFERENCE
15              Respondent.
                                           RESPONSES DUE WITHIN TWENTY-ONE
16                                         DAYS

17

18

19        In his traverse, petitioner details the parties' latest efforts to engage in settlement

20   discussions.  *See* ECF No. 218 at 15-16.  He explains that in 2002, the formerly assigned

21   Magistrate Judge inquired whether this matter was suitable for a court-sponsored settlement

22   conference.  *Id.* at 15.  Then-counsel for respondent explored the option but ultimately declined to

23   participate in such a settlement conference.  *Id.*  Petitioner now requests that a settlement

24   conference be set.  *Id.* at 16.

25        In light of petitioner's request and the court's interest in assisting parties in resolving

26   matters efficiently, both parties are directed to submit, within twenty-one days, their position on

27   whether a settlement conference should be set.  The parties need not submit lengthy filings; the

28

1   notices should simply include the parties' interest in participating in a settlement conference.

2        Accordingly, it is hereby ORDERED that the parties file, within twenty-one days, a notice

3   addressing their interest in participating in a settlement conference.

4

5

6   IT IS SO ORDERED.

7

8   Dated:    February 12, 2024

    JEREMY D. PETERSON
    UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28