# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON LEWIS, | Case No. 2:02-cv-0013-TLN-JDP (DP) |
| Petitioner, | DEATH PENALTY CASE |
| v. | |
| | [PROPOSED] ORDER APPOINTING ANN-KATHRYN TRIA AS CO-COUNSEL FOR PETITIONER |
| DAO VANG, Warden, California Healthcare Facility – Stockton, | |
| Respondent. | |

Petitioner has requested that Ann-Kathryn Tria be appointed as co-counsel in this matter.

GOOD CAUSE appearing, Petitioner's request is granted.

IT IS SO ORDERED.

Dated:   June 30, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER    1    *Lewis v. Vang,*
Case No. 2:02-cv-0013-TLN-JDP (DP)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER   2   *Lewis v. Vang,*
Case No. 2:02-cv-0013-TLN-JDP (DP)